**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary L. Wagoner,<br><br>           Plaintiff,<br><br>vs.<br><br>State Industrial Products,<br><br>           Defendant. | No.  CV-22-01238-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant State Industrial Products' Motion to Dismiss (Doc. 6). In an Order dated August 1, 2022 (Doc. 9), the Court directed that Plaintiff Dr. Gary L. Wagoner had until August 31, 2022 to file a response, and was warned that his failure "to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i)."  Plaintiff has not filed a response to the motion to dismiss, and the time to do so has expired.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 6) is **granted** and this action is **dismissed** in its entirety.

Dated this 2nd day of September, 2022.

Honorable Steven P. Logan
United States District Judge